**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1727 DWF/AJB**

| | |
|---|---|
| Heather Wuollet,<br><br>Plaintiff,<br><br>v.<br><br>Client Services, Inc., a foreign corporation, and Lee Isaac,<br><br>Defendants. | **NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Nov. 1, 2001.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry, Esq.
Attorney I.D.#0266577
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**ATTORNEYS FOR PLAINTIFF**

FILED NOV 0 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 0 6 2001
DEPUTY CLERK ______



J:\37000 Settled\37229 Wuollet v Client Services (PFB)\Notice of Dismissal.doc

**ORDER**

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, **DISMISSED WITH PREJUDICE** without costs, or disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 6th, 2001

DONOVAN W. FRANK
Judge of United States District Court